■ In the Matter of MARK C. GUGINO, a Suspended Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [998 NYS2d 674]—

Per Curiam. Respondent was admitted to practice by this Court in 1997. He maintained an office for the practice of law in the Village of Spencer, Tompkins County.

By decision decided and entered April 7, 2011, respondent was suspended by this Court for a period of one year (*Matter of Gugino*, 83 AD3d 1200 [2011]). He now moves for reinstatement. Petitioner advises that it does not oppose the motion.

Our examination of the papers submitted on the application indicates that respondent has complied with the provisions of the order of suspension issued by this Court and with the Court's rules regarding the conduct of suspended attorneys (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.9). We are also satisfied that respondent has complied with the requirements of this Court's rule regarding reinstatement (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b]), and that he possesses the character and general fitness to resume the practice of law.

Accordingly, the motion is granted and respondent is reinstated to the practice of law, effective immediately.

Lahtinen, J.P., Garry, Lynch and Devine, JJ., concur. Ordered that respondent's motion is granted; and it is further ordered that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.